In the United States District Court
For the Northern District of Alabama

FILED
2016 MAR -7 P 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

James Broadhead. #224802

Enter above the full name(s)
of the plaintiff(s) in this action)

v.

Officer, Captain, J. Baldwin.    Officer, Smith.
Officer, Brian Robinson    Officer, R. Gasdon.    Officer, CAUETON.
Correctional LPN, Amberly Click    Officer, STERLING STEED,    Officer, Lt, Robert Felton.
Officer, Sgt, Clinton Thrashers    Officer, Dennis Johnson,    Officer, Sgt, Samuel Ahron.
Officer, Monika Gasdon.    Correctional LPN, Taresha Scott,    Officer, Sgt, Richard Goddesy
                          Correctional, LPN, Pickens.    Officer, May good
Enter above the full name(s)    Correctional, MHP, Danielle Austin    Officer, Antawn Hill.
of the plaintiff(s) in this    Officer, Shaw LTIES.
action)    Officer, Sgt, Joshua Murphree.    Officer, L, Cook.
          Correctional, LPN, Smith.    Officer, P, Giardins.
          Correctional, Robert Hunter.    Officer, Larry Winta
          Officer, C. Smith.
(Enter above the full name(s)    (Enter above the full name(s)
of the plaintiff(s) in this    of the plaintiff(s) in this
action)    action)

1. Previous lawsuits.

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   Defendant(s) _____

2. Court (if Federal Court, name the district; if State Court, name the county). _____

3. Docket Number. _____

4. Name of judge to whom case was assigned

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____

6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____ N/A _____

II. Place of present confinement. <u>William E. Donaldson Correctional Facility.</u>

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:
      1. What steps did you take? <u>Brian Robinson and Amberly Click,</u>
         <u>Correctional Officers</u>
      2. What was the result? <u>Clinton Thrasher, and monika Gasdon, and J. Baldwin</u>
         <u>and R. Gasdon and STERLING STEED and Dennis Johnson, and Taresha Scott, and</u>

   D. If your answer is No, explain why not? <u>Pickens and Danielle Austin, and Stlu-</u>
      <u>LTTES and Joshua Murphree, and LPN. Smith, and Robert Hunter, and C. Smith and</u>
      <u>Smith and CAVETon, and Robert Felton, and Samuel AAron, and Richael Gddest</u>
      <u>and ███████, and Antwun/Hill and L. Cook, and P. Graxdins and</u>
      <u>Larry Winta, and Officer Haygood</u>

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) <u>James Broadhead</u>    #224802,  seg 5-12,   AIS
      <u>William E. Donaldson Correctional Facility.</u>
      <u>100, Warrior Lane,</u>
      Address <u>Bessemer,      AL,    35023</u>

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B.  Defendant _____

   is employed as _____

   at _____

C.  Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

IV, EXHAUSTion of Legal remedies 16, There is no Inmate Grievance procedure in the Alabama Department of Corrections Ar# 319, Inmate Grievance procedure is not available to inmates Because it is still on review. 17, Plaintiff, re-allege and incorporate by reference to paragraphs 1-16. 18, The unlawful Deadly Physical Force on plaintiff constitute assault and Battery. Violated plaintiff, James Broadhead rights and Constituted A Criminal Offense in Alabama under the statutes code 1896 344, Sections § 13A-3-23, Section § 13A-12 (8) Section § 13A-1-2 (9), of the criminal Code of 1975, 19, The broken EL-bow and burst head and teeth broken of plaintiff Violated plaintiff James, Rights under the Statutes. Sections § 13A-3-23, 13A-1-2(8) 13A-1-2(9) of the criminal code of 1975, and constituted Dueprocess Violation unde Color of state law, under the section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901, 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks, VI, Prayer For relief wherefore plaintiff respectfully prays that this courtenter judgment granting plaintiffs: 21, A. declaration that the acts and omissions

-3-

described here in violated plaintiffs rights under the statutes under the criminal offense under the title 13A criminal Code, of 1975, and the constitution and laws of the state of Alabama 22,) compenseatory delamages in the amount of $ againsteach defendant jointly and Severally 23,) Punitive damages in the amount of $ againsteach defendant, 24,) A jury trial on all issues triable by jury 25.) Granting Appoinntment of counsel 26, plaintiff cost in this case 27,) Circuit Court judges authority granted them by law to exercise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975].

The Prisondo not have a greiveronce Procedure But I "still made complaint To warden and commissioners I" was put on Transfer Donaldson so I Exhaust all available administrative remedies before The filing of This the act of The (plea) officer, Brian Robinson and Correctional, LPN, A, Click, all (4) is employed as Defendants acted under state law and color of state law with Deadly Excessive force as The Plaintiff was Beat and struck with security sticks by (4) Officers Named here in as Defendants IN said case Therefore The Plaintiff was

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Struck a, "Cooper Green Hospital" 875, Times by The (4) Named Defendants as The Plaintiff was placed IN 2 free world Hospital, where He Had a broken arm in (3) places and staples IN The Head and (3) or (4) Teethe was knocked out as There was Threats on The Plaintiff life The Plaintiff was Transfered for His safety as The Plaintiff Had fracture To His feet and ankle are a from Deadly Excessive force from Defendants "Comaensatory Damages IN The amount of $10,000,00 against each Defendant Jointly and Sexerolly for Irreparable Injurys... Punitive Damages IN The amount of $10,000,00 against each Defendant Jointly and Severally for Irreparable Injurys... for a Total sum of $80,000,00 Thousand Dollars Total Claim Plaintiff cost in Lawsuit.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-23-2016
(date)

James Broadhead #224802,
William E, Donaldson Correctional
Facility, 100, Warrior lane,
Bessemer AL, 35023

James Broadhead
Signature(s)

- 4 -

James Broadhead #175/224802, Segregation S-12,
William E, Donaldson Correctional Facility,
100, Warrior Lane,
Bessemer, AL, 35023.



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Clerk, United States District Court
Northern District of Alabama
Hugo L, Black United States Courthouse
1729-5th Avenue North,
Birmingham, Alabama, 35203,

35203203799